## CRIMINAL CASE MINUTES

**Case Title:**      **USA vs. Guillermo Sanchez**

**Case Number:**    **4:11MJ4027 HDY**

**Before U.S. Magistrate Judge H. David Young**

**Date of hearing:  September 21, 2011**
**Time in court:     3:12 p.m. -3:20 p.m.**

**ECRO/CRD:**       **Lorna Jones**

The parties appeared before Magistrate Judge Young for an initial appearance hearing on a complaint filed by the govt.  Emilia D'Auteuil was available in case the deft required an interpreter. The deft was advised of his rights and the nature of the proceeding. Lisa Peters appeared for Justin Eisele. Deft requested a preliminary exam hearing. The govt requested detention. The Court will enter an order of temporary detention scheduling the preliminary and detention hearings for Friday, 9/23 at 11:00 a.m.  Deft was remanded to the custody of the USM.

**AUSA:**         **Angela Jegley**

**Deft's Atty:   Lisa Peters for Justin Eisele**

**USPO:**        **Kay Aist**

**Interpreter:  Emilia D'Auteuil**