AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
SEP 2 3 2011
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY:_____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>Guillermo SANCHEZ<br><br>_____<br>Defendant | )<br>)<br>)  Case No.   4:11MJ4027 HDY<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Guillermo SANCHEZ                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment         ❏ Superseding Indictment         ❏ Information         ❏ Superseding Information         ☑ Complaint

❏ Probation Violation Petition         ❏ Supervised Release Violation Petition         ❏ Violation Notice         ❏ Order of the Court

This offense is briefly described as follows:
   Conspiracy with intent to distribute methamphetamine, Title 21, U.S.C., Section 846

Date:   09/21/2011                                                          _____
                                                                                                          *Issuing officer's signature*

City and state:     Little Rock, AR                                      U.S. Magistrate Judge H. David Young
                                                                                                      *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 09/21/2011 , and the person was arrested on *(date)* 09/20/2011<br>at *(city and state)* Higginson, AR .<br><br>Date:   09-23-2011                                   _____<br>                                                                                       *Arresting officer's signature*<br><br>                                                                                       LeAnn Baker, SA<br>                                                                                       *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    Guillermo SANCHEZ

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                              Weight:

Sex:                                                  Race:

Hair:                                                 Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: